IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME ANTHONY THEUS,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

  v.                                        Case No.  15-cv-115-bbc

WARDEN RANDALL HEPP and
DEPUTY WARDEN CHRIS A. KRUEGER,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff's complaint as frivolous and for failure to state a claim upon which relief may be granted.

  /s/                                                         April 2, 2015

Peter Oppeneer, Clerk of Court                     Date